**Doris FOSTER, Defendant-Appellant,**

v.

**UNITED STATES of America, Plaintiff-Appellee.**

No. 16-6572

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 2, 2016

Doris Denise Foster, Appellant Pro Se. Thomas Michael Kent, OFFICE OF THE UNITED STATES ATTORNEY, Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, Thomas A. O'Malley, OFFICE OF THE UNITED STATES ATTORNEY, Jill Westmoreland Rose, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doris Denise Foster appeals the district court's order denying her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Foster, No. 1:09-cr-00013-MR-DLH-7 (W.D.N.C. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED